IN THE US DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COLUMBIA

| | |
|---|---|
| JAMES MAGNUSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:13-cv-00104 |
| ) | JURY DEMAND |
| CHARLES K. BALDWIN, JR., and ) | |
| WILSON TRUCKING CORPORATION, ) | Chief Judge William J. Haynes |
| ) | |
| Defendants. ) | |

## ~~PROPOSED~~ AGREED ORDER REGARDING PRODUCTION OF MEDICAL RECORDS

Per the Court's order following the Initial Case Management Conference, the parties agree that Plaintiff will provide the following on or before January 1, 2014:

1) Plaintiff's medical records related to treatment he alleges were caused by this accident;

2) Plaintiff medical records for prior treatment Plaintiff received in the past five (5) years to same or similar body parts as allegedly were injured in the subject accident;

3) The identity any and all medical providers with whom Plaintiff sough any medical treatment whatsoever in the past ten (10) years.

4) Plaintiff's application and order granting Social Security benefits.

5) Any information concerning the amount of Medicare's lien or interest in this case.

It is so **ORDERED**.

ENTERED this the _16th_ day of _September_, 2013.

_____<br>
CHIEF JUDGE WILLIAM J. HAYNES

APPROVED FOR ENTRY:

LAW OFFICES OF JULIE BHATTACHARYA PEAK

/s/ Julie Bhattacharya Peak
**Julie Bhattacharya Peak (#20644)**
*Attorney for Wilson Trucking Corporation*
5409 Maryland Way
Suite 212
Brentwood, TN 37027
Julie.Peak@LibertyMutual.com
Telephone: (615) 986-7700
Fax: (800) 293-7597

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon Filing Users through the Electronic Filing System and delivered via U.S. Mail, postage pre-paid, to the following individual(s):

Mark Mizzell, Esq.
Catherine A. White, Esq.
Hughes & Coleman
446 James Robertson Parkway
Suite 100
Nashville, TN 37219

on this the 11th day of December, 2013.

/s/ Julie Bhattacharya Peak
Julie Bhattacharya Peak